RECEIVED
SEP 27 2019
ALEX PERRY NEAL
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
SEP 27 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

§ IN THE UNITED STATES
§
v. § DISTRICT COURT
§
THE STATE OF TEXAS § WESTERN DISTRICT TEXAS

**A19CV0960 LY**

## PETITION FOR WRIT OF HABEAS CORPUS

TO THE WESTERN DISTRICT UNITED STATES COURT:

COMES NOW Alex Perry Neal, the Petitioner in the above styled and numbered cause who is committed to trial by (and thus in the custody) of The State Of Texas. He petitions this Court for a writ of habeas corpus in cause no. 005-84128-2019 tried in the County Court of Law 5 of Collin County, Texas by Judge Dan Wilson. Petitioner would show that his constitutional rights have been violated in support thereof.

### I. SPEEDY TRIAL

On 8/18/18 Plano Police officer Joe Claggett filed a complaint with the Court in which he stated that his wife Jennifer Claggett had been harassed by Alex Neal and then proceeded to arrest him in part for such action without a warrant. Neal was not arraigned for these charges until 1/19/19. According to County of Riverside v. McLaughlin, 500 U.S. 44 and Texas Code of Criminal Procedure 14.06. An individual arrested without a warrant must be given a probable cause determination by a judge within 48 hours.

### II. DOUBLE JEOPARDY

Plano Police Officer Joe Claggett is the victim named in two separate similarly charged

offenses from the same date. He filed charges for Obstruction or Retaliation on 8/18/18 citing that he was threatened by the Petitioner and that the Petitioner had harassed he, his wife Jennifer Claggett, and Plano Police Officer Keith Boutte. While released on bail between 11/16/18 and 1/17/19, the Defendant attempted to press charges against members of the police department by telephone. He was retaliated against and falsely accused by Claggett, Judge John Roach Jr., and District Attorney Bobby Huber of violating the conditions of his release by harassing and threatening members of the Plano Police; Alec Newtown and Joe Claggett among others.

After arresting the Petitioner on 1/17/19, the Court charged him with a second Harassment complaint naming Jennifer Claggett as the victim from 6 months prior on 8/18/18. The similar included criminal component of "threatening" between the various offenses of Obstruction or Retaliation and Harassment coupled with the offense dates and victims named either in the affidavits or verbally point to the commission of double jeopardy punishment by the Court for the same alleged offense.

### III. ILLEGAL SEARCH

A search warrant for Facebook was signed 5 days after Neal was arrested however Plano Police officer Joe Claggett used Social Network Analysis beforehand in a clear violation of this warrant and the expectation of privacy of the Petitioner. Claggett (who's brother stars in the police reality TV show Dallas SWAT) was unlawfully surveilling and obsessively stalking Neal's family since May 2017 when Neal had reported to the Plano Police that he was working on a technology project and had just met the famous inventor of the iPhone Steve Jobs' daughter.

WHEREFORE premises considered, the Petitioner prays the Court will grant this petition for writ of habeas corpus to remedy constitutional violations by the Court.

_____
Petitioner
Alex Perry Neal
469-585-8472
PRO SE